# NO. 12-09-00123-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  | § |  |
|---|---|---|
| *IN RE: BRANDI RAY* | | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
|  | § |  |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

On April 28, 2009, this court initiated contempt proceedings against Brandi Ray pertaining to appellate cause number 12-08-00446-CR, styled ***Luis Miguel Trejo v. The State of Texas***. On May 12, 2009, the court held a hearing, at which Ray appeared. Having concluded that no further action is necessary, we ***dismiss*** this original proceeding.

Opinion delivered May 13, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)